No. 151. DARGUSCH *v.* COLUMBUS BAR ASSOCIATION. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE STEWART took no part in the consideration or decision of this petition. *Joseph L. Rauh, Jr., John Silard* and *Carlton S. Dargusch, Jr.,* for petitioner. *John L. Davies, Jr.,* and *Sol Morton Isaac* for respondent.

No. 158. EASTERN AIR LINES, INC., ET AL. *v.* NORTH-EAST AIRLINES, INC., ET AL. C. A. 1st Cir. Motion of International Association of Machinists et al. to be named parties respondent granted. Motion for leave to supplement the petition granted. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE FORTAS took no part in the consideration or decision of these motions or the petition. *John W. Cross, E. Smythe Gambrell* and *Harold L. Russell* for petitioners. *Henry E. Foley* and *Loyd M. Starrett* for respondent Northeast Airlines, Inc. *Edward J. Hickey, Jr., James L. Highsaw, Jr.,* and *William J. Hickey* for International Association of Machinists et al.

No. 180. TATUM ET AL. *v.* SINGER ET AL. Sup. Ct. Miss. Motion for abstention denied. Certiorari denied. *Joshua Green* and *Garner W. Green* for petitioners. *John C. Satterfield* for respondents.

No. 213. SHELTON *v.* MISSOURI-KANSAS-TEXAS RAILROAD CO. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Charles Gullett, Robert Doss* and *Russell M. Baker* for petitioner. *William Ralph Elliott* for respondent.